UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT BEAVER,

    Plaintiff,

v.                                              Case No. 08-C-187

MICHAEL MELOTTE II, et al.,

    Defendant.

**ORDER**

Plaintiff has filed a "motion for order to issue subpoena" and asks this court to order a Door County employee to produce and permit inspection of certain records. Plaintiff states that such documents are necessary to support his case at trial. A court-ordered subpoena is not the proper vehicle for production of discovery, however. This case has not yet proceeded with a scheduling conference and no discovery has apparently even been commenced. Accordingly, the motion is **DENIED**.

**SO ORDERED** this  1st  day of April, 2008.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge