UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALBERT BEAVER,

        Plaintiff,

v.                                        Case No. 08-C-187

MICHAEL MELOTTE II, MELISSA MELOTTE, and
MARY BERNE,

        Defendant.

## DECISION AND ORDER

Plaintiff Albert Beaver, *pro se*, has filed a motion for relief under Rule 60(b)(6). Because that rule is not an appropriate method to challenge the merits of an adverse decision, I construe Plaintiff's filing as a timely motion for relief under Rule 59. *Gleash v. Yuswak,* 308 F.3d 758, 761 (7th Cir. 2002) ("legal error is not a proper ground for relief under Rule 60(b)"). Plaintiff contends the Court erred by "weighing" the evidence, but that is not what happened. In entering judgment, the Court simply concluded that there was no evidence that Plaintiff had been retaliated against in violation of the ADA. Accordingly, the motion for relief is **DENIED**.

**SO ORDERED** this 31st day of October, 2008.

                                                                         s/ William C. Griesbach
                                                                       WILLIAM C. GRIESBACH
                                                                       United States District Judge